**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00541-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

TOBY CARL McADAM,

    Plaintiff,

v.

SOLICITOR GENERAL OF THE UNITED STATES,
THOMAS HALE, Director, U.S. Bureau of Prisons,
DEBORAH DENHAM, Warden, FCI Englewood, and
U.S. BUREAU OF PRISONS,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On March 4, 2016, Toby Carl McAdam submitted a Prisoner Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to the Court.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

The Court notes that Plaintiff has filed a request to proceed without prepaying fees or costs that is used by nonprisoners.   The return address on the envelope that contained the request and prisoner complaint indicates that Plaintiff is in the custody of

1

the Federal Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado.   Plaintiff is incarcerated and his request to proceed without prepayment of filing fees must be submitted on a proper Court-approved form used by prisoners.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) \_\_\_     is not submitted
(2) \_\_\_     is missing affidavit
(3) _X_      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) \_\_\_     is missing certificate showing current balance in prison account
(5) \_\_\_     is missing required financial information
(6) \_\_\_     is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_     is missing an original signature by the prisoner
(8) _X_      is not on proper form
(9) \_\_\_     names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_\_    other:

**Complaint, Petition or Application**:
(11) \_\_\_    is not submitted
(12) \_\_\_    is not on proper form
(13) \_\_     is missing an original signature by the prisoner
(14) \_\_\_    is missing page nos. \_\_\_\_
(15) \_\_\_    uses et al. instead of listing all parties in caption
(16) \_\_\_    names in caption do not match names in text
(17) \_\_\_    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_    other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty   days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain proper Court-approved form used by prisoners in filing a request to proceed pursuant to 28 U.S.C. § 1915 in a prisoner complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   Plaintiff must use proper Court-approved forms when curing the deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 4, 2016, at Denver, Colorado.

                                            BY THE COURT:

                                             s/ Gordon P. Gallagher
                                            United States Magistrate Judge